UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANOFI-AVENTIS U.S. LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>NOVO NORDISK INC.,<br><br>      Defendant. | No. 3:16-cv-09466-MAS-DEA<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Michael A. Shipp<br>Hon. Douglas E. Arpert |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Sanofi-Aventis U.S. LLC and Defendant Novo Nordisk Inc., by and through their respective counsel, stipulate and agree to the dismissal of this action with prejudice, provided that such dismissal shall not operate, and shall not be construed to operate, to preclude any claim in law or in equity arising out of any advertising of any kind commenced on or after September 1, 2018.

Dated: September 27, 2018

_____
Cassandra B. Roth
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
T: (212) 596-9000

Peter M. Brody (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Ave NW
Washington, DC 20006
T: (202) 508-4600

*Attorneys for Plaintiff
Sanofi-Aventis U.S. LLC*

_____
Robert J. Lack
Ricardo Solano Jr.
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
1 Gateway Center
Newark, NJ 07102
T: (973) 877-6400

David B. Tulchin (*pro hac vice*)
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
T: (212) 558-4000

*Attorneys for Defendant Novo Nordisk Inc.*